# Order

**Lansing, Michigan**

February 19, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159072(42)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
Plaintiff-Appellee,

v

SC: 159072
COA: 344196
Wayne CC: 14-006130-FC

FREDRICK KYLE YOUNG,
Defendant-Appellant.
_____/

On order of the Chief Justice, the motion of Shokelle McKay to file a brief amicus curiae is GRANTED.  The amicus brief submitted on February 14, 2020, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

February 19, 2020



Clerk